**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-7142**

———————————

DARL D. ALT,

                                  Plaintiff - Appellant,

    versus

STATE OF WEST VIRGINIA,

                                  Defendant - Appellee.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.   John T. Copenhaver, Jr., District Judge.  (CA-00-592)

———————————

Submitted:  December 15, 2000      Decided:  January 4, 2001

———————————

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Darl D. Alt, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM

Darl D. Alt appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. Alt also seeks to appeal the district court's order dismissing without prejudice his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) for failure to exhaust state remedies. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Alt v. West Virginia, No. CA-00-592 (S.D.W. Va. Aug. 8, 2000).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2